Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Laura M. Bragg, #272052
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Frank Bertao

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:09-CR-00370 LJO |
| Plaintiff, ) | |
| vs. ) | **STIPULATION AND ORDER** |
| ) | **REGARDING SENTENCING DATE** |
| FRANK BERTAO, ) | |
| Defendant ) | |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for

defendant FRANK BERTAO, and Kathleen Servatius, Assistant United States Attorney, that the

sentencing hearing be continued from January 9, 2012 at 1:00 p.m. to July 9, 2012 at 1:00 p.m.


Dated: December 21, 2011            Respectfully submitted,

                                    /s/ Jeffrey T. Hammerschmidt
                                    Jeffrey T. Hammerschmidt
                                    Attorney for Defendant,
                                    Frank Bertao


Dated: December 21, 2011            /s/ Kathleen Servatius
                                    Kathleen Servatius
                                    Assistant U.S. Attorney

ORDER

The January 9, 2012 sentencing date is vacated.

The sentencing will now occur on July 9, 2012 at 1:00 p.m.

IT IS SO ORDERED.

Dated:    **December 22, 2011**                    **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE