Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Laura M. Bragg, #272052
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Frank Bertao

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>FRANK BERTAO,<br><br>        Defendant | Case No.: 1:09-cr-00370 LJO<br><br>**STIPULATION AND ORDER REGARDING SENTENCING DATE** |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant FRANK BERTAO, and Kathleen Servatius, Assistant United States Attorney, that the sentencing hearing be continued from July 9, 2012 at 8:30 a.m. to February 19, 2013 at 8:30 a.m.

Dated: June 25, 2012　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey T. Hammerschmidt
　　　　　　　　　　　　　　　　　　　　Jeffrey T. Hammerschmidt
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　Frank Bertao

Dated: June 25, 2012　　　　　　　　　　/s/ Kathleen Servatius
　　　　　　　　　　　　　　　　　　　　Kathleen Servatius
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FRANK BERTAO,<br><br>　　　　Defendant | Case No.: 1:09-cr-00370 LJO |

ORDER

IT IS ORDERED that the July 9, 2012 sentencing date be vacated.

IT IS ORDERED that the sentencing will now occur on February 19, 2013 at 8:30 a.m.

Date: _July 3, 2012_____　　　　　　　　_/s/ Lawrence J. O'Neill_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge