Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #79822
Burton J. Francis, Of Counsel, #114800
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorneys for Defendant, Frank Bertao

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>　　　vs.<br>FRANK BERTAO,<br>　　　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.: 1:09-cr-00370

**STIPULATION AND ORDER
ALLOWING DEFENDANT TO TRAVEL
TO LAS VEGAS, NEVADA, OCTOBER
27, 2012 THROUGH NOVEMBER 3, 2012**

　　　　IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for

defendant FRANK BERTAO, and Kathleen Servatius, Assistant United States Attorney, that Mr.

Bertao shall be allowed to travel to Las Vegas for a work-related event October 27, 2012 through

November 3, 2012.

　　　　The show is called Sema and will take place October 30, 2011 through November 2,

2012.  The event website is www.semashow.com.  Mr. Bertao must travel to Las Vegas on

//

//

//

//

//

//

October 27 so he can set up the booth at 9 a.m. on October 28.  His booth number is 32147.  He will be the main spokesperson for the company throughout the event. Mr. Bertao will be staying at the Las Vegas Luxor Hotel.

Dated: October 16, 2012                    Respectfully submitted,

                                           /s/ Jeffrey T. Hammerschmidt
                                           Jeffrey T. Hammerschmidt
                                           Attorney for Defendant,
                                           Frank Bertao

Dated: October 16, 2012                    /s/ Kathleen Servatius
                                           Kathleen Servatius
                                           Assistant U.S. Attorney

IT IS SO ORDERED.

    Dated:   **October 16, 2012**          **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE