Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Christina A. Widner, #284512
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Frank Bertao

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANK BERTAO,<br><br>    Defendant | Case No.: 1:09-cr-00370 LJO<br><br>**STIPULATION AND ORDER REGARDING SENTENCING DATE** |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant FRANK BERTAO, and Kathleen Servatius, Assistant United States Attorney, that the sentencing hearing be continued from February 19, 2013 at 8:30 a.m., to October 15, 2013 at 8:30 a.m.

Dated: February 11, 2013           Respectfully submitted,

                                                /s/ Jeffrey T. Hammerschmidt
                                                Jeffrey T. Hammerschmidt
                                                Attorney for Defendant,
                                                Frank Bertao

Dated: February 11, 2013           /s/ Kathleen Servatius
                                                Kathleen Servatius

ORDER

IT IS ORDERED that the February 19, 2013 sentencing date be vacated.

IT IS ORDERED that the sentencing will now occur on October 15, 2013 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **February 11, 2013**           **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE