Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Laura M. Bragg, #272052
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Frank Bertao

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>FRANK BERTAO,<br><br>                    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.: 1:09-cr-00370 LJO

**STIPULATION REGARDING
SENTENCING DATE**

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for

defendant FRANK BERTAO, and Kathleen Servatius, Assistant United States Attorney, that the

sentencing hearing be continued from October 15, 2013 at 9:00 a.m. to December 16, 2013 at

9:00 a.m.


          Dated: October 10, 2013                    Respectfully submitted,

                                                     /s/ Jeffrey T. Hammerschmidt
                                                     Jeffrey T. Hammerschmidt
                                                     Attorney for Defendant,
                                                     Frank Bertao


          Dated: October 10, 2013                    /s/ Kathleen Servatius
                                                     Kathleen Servatius
                                                     Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FRANK BERTAO, | ) |
| Defendant | ) |

Case No.: 1:09-cr-00370 LJO

ORDER

    IT IS ORDERED that October 15, 2013 sentencing date be vacated.

    IT IS ORDERED that the sentencing will now occur on December 16, 2013 at 9:00 a.m.

IT IS SO ORDERED.

  Dated: __October 10, 2013__        __/s/ Lawrence J. O'Neill__
                                   UNITED STATES DISTRICT JUDGE