Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Christina A. Widner, #284512
William A. Parry, #201617
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Frank Bertao

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANK BERTAO,<br><br>    Defendant | Case No.: 1:09-CR-00370 LJO<br><br>**STIPULATION REGARDING SENTENCING DATE** |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant FRANK BERTAO, and Kathleen Servatius, Assistant United States Attorney, that the sentencing hearing be continued from December 16, 2013 at 9:00 a.m. to February 10, 2014 at 9:00 a.m.

Dated: December 12, 2013  Respectfully submitted,

/s/ Jeffrey T. Hammerschmidt
Jeffrey T. Hammerschmidt
Attorney for Defendant, Frank Bertao

Dated: December 12, 2013  /s/ Kathleen Servatius
Kathleen Servatius, Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   **December 12, 2013**                    **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE